IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

Shawn B.,

    Plaintiff,

    v.                               Case No. 2:24cv691

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on October 23, 2025. Dkt. No. 18. The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed and considered the Report and Recommendation and finding no error, it is hereby ORDERED that the Report and Recommendation is ADOPTED as the opinion of this Court. Plaintiff's Motion for Summary Judgment, Dkt. No. 13, is GRANTED, and the final decision of the Commissioner is VACATED and REMANDED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

                                       _____/s/_____
                                       Elizabeth W. Hanes
                                       United States District Judge

Norfolk, Virginia
Date: November 10, 2025